# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MOLINA,<br><br>               Plaintiff,<br><br>       v.<br><br>DG STRATEGIC VII, LLC,<br><br>               Defendant. | Case No.: 1:19-CV-01730-JLT<br><br>ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |

The Court held the mid-discovery status conference and used it as an opportunity to discuss various discovery disputes counsel were encountering. At the conference, the Court determined that there were various failures that need to be addressed to move the case forward.  Thus, the Court **ORDERS**:

   1.     **No later than October 9, 2020**, plaintiff's counsel **SHALL** provide the defense the deposition notices for Chay Bridges, Shirley Garcia, Janelle Richards, Aaron Muller and Elizabeth Varela and the deposition notice directed to the entity outlining the topics upon which the entity will give testimony. Plaintiff's counsel **SHALL** also propose dates for each of the depositions;

   2.     **No later than October 9, 2020**, defense counsel **SHALL** notify plaintiff's counsel whether each of the deponents listed above are current employees of the defendant. **No later than October 16, 2020**, defense counsel **SHALL** agree to the proposed dates for the depositions or propose alternate dates. **No later than October 26, 2020**, counsel **SHALL** finalize the dates for

the depositions after which plaintiff's counsel will serve the deposition notices;

    3.    **No later than October 16, 2020**, plaintiff **SHALL** identify to the defense all social media accounts she had during the period of March 2019 through July 2019. She **SHALL** also provide all necessary information to identify her accounts, e.g., username, etc., and provide an authorization allowing the defense to obtain the posts the plaintiff made during this period;

    4.    **No later than October 16, 2020**, plaintiff **SHALL** provide all records within her control of any claim for disability payments that she made between March 27, 2020 and July 2020.

IT IS SO ORDERED.

Dated:   **October 2, 2020**                   **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE