# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MOLINA,<br><br>           Plaintiff,<br><br>      v.<br><br>DG STRATEGIC VII, LLC; and DOES 1-100,<br><br>           Defendants. | Case No. 1:19-cv-01730-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**(Doc. 18)** |

# [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court **ORDERS:**

1. Plaintiff's complaint in the above-referenced action is **DISMISSED with PREJUDICE.**

IT IS SO ORDERED.

Dated:  **January 19, 2021**                     /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE

139287234.1

CERTIFICATE OF SERVICE